_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUL 1 4 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

PMC/cm USAO#2021R00283
JTM 07.14.21

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * CRIMINAL NO. BPG 21 cr 261 |
| **JAMES MCKENNA,** | * (Theft of Government Property |
| Defendant. | * 18 U.S.C. § 641) |

*******

## INFORMATION

The Acting United States Attorney for the District of Maryland charges that:

On diverse occasions between in or about February 2018 through in or about December 2019, in the District of Maryland, the defendant,

**JAMES MCKENNA,**

willfully and knowingly did steal and purloin and knowingly convert to his use, any money or thing of value of the United States, and any department or agency thereof.

18 U.S.C. § 641

July 14, 2021
Date

Jonathan F. Lenzner
Acting United States Attorney

1